908

No. 75–1515. LOCAL 17, INTERNATIONAL LONGSHORE-MEN'S & WAREHOUSEMEN'S UNION v. PARAMOUNT TRANSPORT SYSTEMS. C. A. 9th Cir. Certiorari denied.

No. 75—6185. ARNOLD ET AL. v. WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir. Certiorari denied.

No. 75–6204. HARBOR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–6231. AKINS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–6258. TENNON v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 75–6270. RAJEWSKI v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 75–6303. MASTERSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–6306. MONTGOMERY v. UNITED STATES C. A. 10th Cir. Certiorari denied.

No. 75–6311. CEPULONIS v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 75–6340. WILLIAMS v. UNITED STATES C. A. 8th Cir. Certiorari denied.